474 A.2d 662

Gorman v. Gorman, Appellant.

Argued February 7, 1984. Walter P. James, for appellant; Wayne A. Kablack, for appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Decree affirmed, in part, and reversed, in part consistent with the accompanying opinion. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce and an award of alimony. The appellant will be given the option of paying $7,000.00 in cash or relinquishing $7,000.00 worth of marital assets within his control.

JOHNSON, J., dissented.

474 A.2d 663

Gutshall, et ux. v. Bear, Appellant.

Argued February 14, 1984. Fred H. Hait, for appellant; George F. Douglas, Jr., for appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment affirmed.